FILED

2003 DEC 22 P 1: 56

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Manuel Acosta | : | |
| | : | |
| PLAINTIFF, | : | |
| VS. | : | NO. 3:01cv00407(AWT) |
| LT WOODSON et al. | : | |
| DEFENDANTS. | : | DECEMBER 18, 2003 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME OF PRE-TRIAL DEADLINES**

     Pursuant to Local Rule 9(b), the plaintiff respectfully moves for a one month enlargement of time within which to complete depositions. The court previously granted the defendants' motion for an enlargement of time, and imposed a current pre-trial deadline of January 2, 2004 to complete discovery and March 2, 2004 to file dispositive motions. The plaintiff requests that the court modify the time within which to complete discovery until February 3, 2004, and April 2, 2004 to file dispositive motions.

     The defendant wishes to take the deposition of the plaintiff. The defendant had noticed such deposition for December 17, 2003, but due to scheduling conflicts, such deposition had to be rescheduled. Due to the difficulty in scheduling toward the end of

the year, the parties are convinced that the deposition of plaintiff can be accomplished by the beginning of February 2004.

Pursuant to Rule 9(b) (3) (1) of the Local Rules, the defendants' counsel, Mark Kindall, was informed of the instant request, and does not object to this request.

This is the plaintiff's first request for an extension of the discovery deadlines.

For the reasons articulated herein, the plaintiff requests that this honorable court grant such request.

Manuel Acosta
By His Attorney

_____
Robert M. Berke
135 Elm Street
Bridgeport, CT 06604
203 332-6000
203 332-0661 fax
Fed Bar No. 20784

## CERTIFICATION OF SERVICE

I certify that copies have been delivered to counsel of record as listed below, on this date:

December 18, 2003:

Mark Kindall
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-1020
Phone: (860)808-5340
Fax (860) 808-5383

Robert M. Berke