

Extension GRANTED. Discovery shall be completed by February 3, 2004. Dispositive motions, if any, shall be filed on or before April 2, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/24/03

FILED
2003 DEC 22 P 1:56
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Manuel Acosta                          :
                                       :
         PLAINTIFF,                    :
                                       :
VS.                                    :    NO. 3:01cv00407(AWT)
                                       :
LT WOODSON et al.                      :
                                       :
         DEFENDANTS.                   :    DECEMBER 18, 2003

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME OF PRE-TRIAL DEADLINES**

Pursuant to Local Rule 9(b), the plaintiff respectfully moves for a one month enlargement of time within which to complete depositions. The court previously granted the defendants' motion for an enlargement of time, and imposed a current pre-trial deadline of January 2, 2004 to complete discovery and March 2, 2004 to file dispositive motions. The plaintiff requests that the court modify the time within which to complete discovery until February 3, 2004, and April 2, 2004 to file dispositive motions.

The defendant wishes to take the deposition of the plaintiff. The defendant had noticed such deposition for December 17, 2003, but due to scheduling conflicts, such deposition had to be rescheduled. Due to the difficulty in scheduling toward the end of