UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA,<br>*Plaintiff,* | : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV00407 (AWT) |
| v. | : <br> : | |
| LT. WOODSON, LT. TERENZI,<br>LT. HOURIGAN, LT. COL. BARRY,<br>CAPT. WARREN, SGT. STINE &<br>SGT. MCGUIRE,<br>*Defendants.* | : | APRIL 2, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in this action, Lieutenant Michael Woodson, Captain Peter Terenzi, Lieutenant Dale Hourigan, Colonel Timothy Barry, Major Peter Warren, Sergeant Blake Stine, and Sergeant John McGuire, respectfully request that this Court grant summary judgment on all eleven counts of the plaintiff's Third Amended Complaint. As set forth more fully in the attached Memorandum of Law, the plaintiff cannot establish the factual predicates for a Section 1981 action, or for a claim of intentional infliction of emotional distress under Connecticut law.

**DEFENDANTS REQUEST ORAL ARGUMENT**

Specifically, the plaintiff cannot establish that individual defendants took adverse employment actions against him under circumstances that could give rise to an inference of discrimination, nor can he establish harassment based upon protected class status.  Finally, the plaintiff cannot demonstrate that the defendants took actions against him that were sufficiently "extreme and outrageous" to give rise to a cause of action for intentional infliction of emotional distress under Connecticut law.

        DEFENDANTS,
        LT. WOODSON, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:_____
    Mark P. Kindall
    Assistant Attorney General
    55 Elm Street
    P.O. Box 120
    Hartford, CT 06141-0120
    Tel:  (860) 808-5340
    Fax:  (860) 808-5385
    Federal Bar No.: ct13797
    E-Mail: Mark.Kindall@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Motion for Summary Judgment was mailed this 2nd day of April, 2004, first class, postage prepaid to:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT 06604
Tel.: (203) 332-6000
Fax: (203) 332-0661

                                                        _____
                                                        Mark P. Kindall
                                                        Assistant Attorney General