UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUAL ACOSTA | : | Case No. 3:01CV0407(AWT) |
| *Plaintiff* | : | |
| v. | : | Judge Alvin W. Thompson |
| | : | |
| LT. WOODSON, LT. TERENZI, | : | |
| LT. HOURIGAN, LT. COL. BARRY, | : | |
| CAPT. WARREN, SGT. STINE, | : | |
| SGT. McGUIRE | : | Notice of Manual Filing |
| *Defendants* | : | April 2, 2004 |

      Please take notice that the Defendants, Lt. Woodson, Lt. Terenzi, Lt. Hourigan, Lt. Col. Barry, Capt. Warren, Sgt. Stine and Sgt. McGuire, have manually filed the following document or thing

      Exhibits in Support of Defendant's Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure
          5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                  Respectfully submitted,

                                                  _____
                                                  Mark P. Kindall
                                                  Assistant Attorney General
                                                  55 Elm Street, P.O. Box 120
                                                  Hartford, CT  06141-0120
                                                  Phone: (860) 808-5340
                                                  Fax: (860) 808-5383
                                                  E-mail: Mark.Kindall@po.state.ct.us
                                                  Federal Bar # ct13797

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed this 2nd day of April, 2004, first class, postage prepaid to:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT 06604
Tel.: (203) 332-6000
Fax: (203) 332-0661

_____
Mark P. Kindall
Assistant Attorney General