## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:01CV00407 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI, LT. HOURIGAN, LT. COL. BARRY, CAPT. WARREN, SGT. STINE & SGT. MCGUIRE, | : | APRIL 2, 2004 |
| *Defendants.* | | |

**APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## APPENDIX CONTENTS

| Document | App. Page |
|---|---|
| Affidavit of Mary Ellen Lemley-Mulligan | 1 |
| Affidavit of Joseph Marchio | 3 |
|     Attachment 1: Internal Affairs Investigation 01-035 Executive Summary | 6 |
|     Attachment 2: Stipulated Agreement | 12 |
| Affidavit of Kevin Rodino | 16 |
| Affidavit of Ronald Savitski | 18 |
| Affidavit of Michael Woodson | 20 |
| Deposition of Manuel Acosta, Transcript | 22 |
|     Exhibit 7 to Deposition for Manuel Acosta | 84 |
|     Exhibit 8 to Deposition for Manuel Acosta | 85 |
|     Exhibit 9 to Deposition for Manuel Acosta | 86 |
|     Exhibit 13 to Deposition for Manuel Acosta | 87 |
|     Exhibit 14 to Deposition for Manuel Acosta | 89 |
|     Exhibit 19 to Deposition for Manuel Acosta | 91 |