UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Manuel Acosta** | : | No. 3:01CV-00407(AWT) |
| v. | | |
| Lt. Woodson et al. | : | April 15, 2004 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Pursuant to Local Rule 9 (b) the plaintiff, in the above captioned matter, hereby requests that they be granted an enlargement of time within which to answer the Defendants' summary judgment motion dated April 2, 2004. The plaintiff's response is due April 23, 2004.

The reasons for this request is that the undersigned counsel is a solo practitioner and has a vacation scheduled from April 16, 2004 until April 26, 2004. The undersigned was not able to complete his response within the past two weeks. Additionally, the undersigned was placed on notice today that he has been called to began jury selection in a criminal matter, State v. Larry Davis, on April 28, 2004 in the Superior Court, New Haven Judicial District, which is a involves three felony files that were consolidated for trial, one of which carries a term of life. Finally, the undersigned has a brief due in the Connecticut Supreme Court on April 30, 2004, in the matter of State v. Elliston.

The undersigned contacted Defendants' Attorney Mark Kindall who does not object to the granting of the motion.

Wherefore, the plaintiff is requesting until May 28, 2004, within which to respond to such motion.

Extension GRANTED, nunc pro tunc, to and including May 28, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    04/26/04