49

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Manuel Acosta | : | No. 3:01CV-00407 (AWT) |
| v. | | |
| Lt. Woodson et al. | : | May 17, 2004 |

**PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION**

Pursuant to Local Rule 9 (b) the plaintiff, in the above captioned matter, hereby requests that he be granted an enlargement of time within which to answer the Defendants' summary judgment motion dated April 2, 2004. The plaintiff's response is due May 28, 2004.

The reasons for this request are that the undersigned counsel is a solo practitioner and is on trial, in a criminal matter, in the New Haven Judicial District, State v. Larry Davis, which involves three felony files that were consolidated for trial, carrying a term of life in each file. Jury selection began on May 10, 2004, and the trial is scheduled to last until June 4, 2004. The undersigned was not able to complete his response within the past two weeks due to the fact that I have been on trial, as well as preparing for oral argument before the Connecticut Supreme Court, which was conducted on this date.

The undersigned contacted Defendants' Attorney Mark Kindall who does not object to the granting of the motion.

Extension GRANTED, absent objection, to and including June 28, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   05/27/04