## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Manuel Acosta | : | |
| | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | NO. 3:01cv00407(AWT) |
| | : | |
| Lt. Woodson et al. | : | |
| | : | |
| DEFENDANTS. | : | June 28, 2004 |

## PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit, as the plaintiff has insufficient knowledge to deny.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit.

21. Admit, as the plaintiff has insufficient knowledge to deny whether Sergeant Marchio conducted an independent evaluation.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

**Disputed Issues of Material Fact**

There are no material facts in dispute.

        THE PLAINTIFF

        Manuel Acosta

        By His Attorney

        _____
        Robert M. Berke
        135 Elm Street
        Bridgeport, CT 06604
        203 332-6000
        203 332-0661 fax
        Fed Bar No. 20784

**CERTIFICATION OF SERVICE**

I certify that copies have been delivered, postage pre-paid, to counsel of record as listed below, on this date: June 28, 2004:

Mark Kindall, Esq.
Assistant Attorney General
55 Elm Street
PO Box 120
Hartford, CT 06141
(860) 808-5340

_____
Robert M. Berke