UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:01CV00407 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI, | | |
| LT. HOURIGAN, LT. COL. BARRY, | | |
| CAPT. WARREN, SGT. STINE & | | |
| SGT. MCGUIRE, | : | FEBRUARY 28, 2005 |
| *Defendants.* | | |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter.

Dated at Hartford, Connecticut this 28th day of February, 2005.

                                              DEFENDANTS
                                            Lt. Woodson, et al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

                            By: _____
                                              Jane B. Emons
                                              Assistant Attorney General
                                              55 Elm Street
                                              P.O. Box 120
                                              Hartford, CT  06141-0120
                                              Tel:  (860) 808-5340
                                              Fax: (860) 808-5383
                                              Federal Bar No. Ct16515
                                              Email: jane.emons@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th of February, 2005, to the following:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT 06604
Tel.: (203) 332-6000
Fax: (203) 332-0661

                                                  _____
                                                  Jane B. Emons
                                                  Assistant Attorney General