UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA, | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:01CV00407 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI, LT. HOURIGAN, LT. COL. BARRY, CAPT. WARREN, SGT. STINE & SGT. MCGUIRE, | : | FEBRUARY 28, 2005 |
|    *Defendants.* | | |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Mark P. Kindall requests leave of the Court to withdraw his appearance on behalf of the above defendants in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Kindall is leaving the Office of the Attorney General as of today's date, and is transferring this case to Assistant Attorney General Jane B. Emons, who has filed an appearance on this same date.

                                              DEFENDANTS
                                              Lt. Woodson, et al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL


By: _____
      Mark P. Kindall
      Assistant Attorney General
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      Federal Bar No. Ct13797
      Email: mark.kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 28th of February, 2005, to the following:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT 06604
Tel.: (203) 332-6000
Fax: (203) 332-0661

_____
Mark P. Kindall
Assistant Attorney General