UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA,<br>*Plaintiff,* | : | CIVIL ACTION NO.<br>3:01CV00407 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI,<br>LT. HOURIGAN, LT. COL. BARRY,<br>CAPT. WARREN, SGT. STINE &<br>SGT. MCGUIRE,<br>*Defendants.* | :<br>:<br>:<br>: | FEBRUARY 28, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Mark P. Kindall requests leave of the Court to withdraw his appearance on behalf of the above defendants in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Kindall is leaving the Office of the Attorney General as of today's date, and is transferring this case to Assistant Attorney General Jane B. Emons, who has filed an appearance on this same date.

DEFENDANTS
Lt. Woodson, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *Mark P. Kindall*
Mark P. Kindall
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct13797
Email: mark.kindall@po.state.ct.us

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/10/05