UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA, | : | CASE NO. 3:01CV0407(AWT) |
|   *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI, | : | |
| LT. HOURIGAN, LT. COL. BARRY | : | |
| CAPT. WARREN, SGT. STINE | : | |
| SGT. McGUIRE | : | |
|   *Defendants*. | : | June 16, 2006 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendants hereby move for an order requiring the plaintiff, Manuel Acosta, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

        DEFENDANTS,
        LT. WOODSON, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
        Jane B. Emons
        Assistant Attorney General
        Federal Bar # ct16515
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-1020
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        E-mail address: Jane.Emons@po.state.ct.us

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of June, 2006 a copy of the aforementioned Motion for Security for Costs was sent by First Class United States mail, postage prepaid to:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT  06604
Tel.: (203) 332-6000

William Palmieri, Esq.
Law Offices of William Palmieri
205 Church Street, Suite 333
New Haven, CT  06510

_____
Jane B. Emons
Assistant Attorney General