UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
MANUEL ACOSTA                         :

     v.                               :    CASE NO. 3:01CV407 (AWT)

LT. WOODSON, LT. TERENZI,             :
LT. HOURIGAN, LT. COL. BARRY,
CAPT. WARREN, SGT. STINE,             :
SGT. McGUIRE, HENRY LEE,
ARTHUR L. SPADA, THE                  :
CONNECTICUT STATE POLICE, and
THE DEPARTMENT OF PUBLIC SAFETY       :
```

JUDGMENT

This action came on for consideration of the defendants' motion to dismiss, and motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law.  On July 24, 2002, the court granted the defendants' motion to dismiss as to counts 1, 2, 3, 4, 5, 6, 10, 12, and 14.  The court granted in part the defendants' motion to dismiss as to counts 7, 9, 11, 13, 15, 17, and 19, which are the counts setting forth claims pursuant to 42 U.S.C. §1983.  In its ruling, the court dismissed all claims set forth in these counts--except for the plaintiff's claims based on a violation of his rights under 42 U.S.C. §1981.

On September 25, 2006, the court granted the remaining defendants' motion for summary judgment, and directed the clerk to enter judgment in favor of the remaining defendants on the plaintiff's Section §1981 claims brought pursuant to 42 U.S.C.

-2-

§1983, and dismissed without prejudice the plaintiff's state law claim for intentional infliction of emotional distress.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Lt. Woodson, Lt. Terenzi, Lt. Hourigan, Lt. Col. Barry, Capt. Warren, Sgt. Stine, and Sgt. McGuire.

Dated at Hartford, Connecticut, this 3rd day of October, 2006.

                                      KEVIN F. ROWE, Clerk

                          By       /s/ SLS
                              Sandra Smith
                              Deputy Clerk