FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Manuel Acosta

Lt Woodson, Lt Terenzi
Lt Hourigan Lt Col Barry
Capt Warren Sgt Stine
and Sgt McGuire

CIVIL CASE NO. 3:01CV00407 (AWT)

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Manuel Acosta__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Manuel Acosta__ desires to appeal
(appealing party)
the judgment in this action entered on __09-25-06__, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

Plaintiff's 1st Attorney License was suspended and his supporting Attorney was not qualified in "Employment Law". Plaintiff is requesting additional time to locate proper consult.

_Manuel Acosta_
Signature

Manuel Acosta
Print Name

229 Flood Rd
Marlborough, CT 06447
Address

860-295-1390
Telephone Number

Date: 10-13-06

Note: You may file this form, together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.