# MANDATE

3:01cv407AWT

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK

Date: 1/24/07
Docket Number: 06-4794-cv
Short Title: Acosta v. Woodson
DC Docket Number: 01-cv-407
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alvin Thompson

*FILED JAN 2 4 2007 — Thomas Asreen, Acting Clerk, SECOND CIRCUIT*

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of January, two thousand seven.

ACOSTA V. WOODSON

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 9/25/06 United States District Court for the District of CT. be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Thomas Asreen, Acting Clerk

By: Anna Steglich
Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

CERTIFIED: JAN 2 4 2007