UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANUEL ACOSTA,<br>    *Plaintiff*, | :    CASE NO. 3:01CV0407(AWT) |
| v. | : |
| LT. WOODSON, LT. TERENZI,<br>LT. HOURIGAN, LT. COL. BARRY<br>CAPT. WARREN, SGT. STINE<br>SGT. McGUIRE<br>    *Defendants*. | :<br>:<br>:<br>:<br>:    January 31, 2007 |

## **BILL OF COSTS**

Defendants' motion for summary judgment was granted on September 25, 2006 (Doc. # 58). Judgment in this matter was entered on October 3, 2006. (Doc. # 59). The plaintiff, proceeding pro se, filed a timely notice of appeal with the district court on October 13, 2006 (Doc. # 60). The Second Circuit Court of Appeals on October 30, 2006 sent a letter to the plaintiff, informing him he had to either pay the filing fee or file a motion for in forma pauperis within 30 days of the date of the letter. The Second Circuit, sua sponte, on January 24, 2007 ordered the appeal dismissed inasmuch as the appellant have failed to proceed and issued a mandate filed with this court. (Doc. # 63)

The appeal, having dismissed, makes the district court's judgment a final judgment. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully requests that

    a.    The court assess costs in this action in the amount of $782.05 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

b.    The $500.00 bond posted by the plaintiff (Docket Entry July 14, 2006, Receipt # H19973) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, to satisfy in part the costs assessed.

c.    The Court issue an order forfeiting the $500 bond to the State of Connecticut, Attorney General's Office, consistent with the request in sub-paragraph (b) above.

                                    DEFENDANTS

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

BY:    _____
                                    Jane B. Emons
                                    Assistant Attorney General
                                    55 Elm Street, P.O. Box 120
                                    Hartford, CT  06141-0120
                                    Tel: (860) 808-5340
                                    Fax: (860) 808-5383
                                    E-mail:
                                    Jane.Emons@po.state.ct.us
                                    Federal Bar # ct16515

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of January, 2007 a copy of the aforementioned Motion for Security for Costs was sent by First Class United States mail, postage prepaid to:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT 06604
Tel.: (203) 332-6000

William Palmieri, Esq.
Law Offices of William Palmieri
205 Church Street, Suite 333
New Haven, CT 06510

Manuel Acosta
229 Flood Road
Marlborough, CT 06447

Jane B. Emons
Assistant Attorney General

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA,<br>*Plaintiff,* | : | CASE NO. 3:01CV0407(AWT) |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI,<br>LT. HOURIGAN, LT. COL. BARRY<br>CAPT. WARREN, SGT. STINE<br>SGT. McGUIRE<br>*Defendants.* | :<br>:<br>:<br>:<br>: | January 31, 2007 |

## **BILL OF COSTS**

1. Fees of the Court Reporter
   for deposition of Manuel Acosta
   dated January 26, 2004. Invoice attached........................$ 782.05

                                                                       **TOTAL    $ 782.05**

# Brandon Smith Reporting Service, LLC

# Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, February 20, 2004 | 8575BL |

Mark Kindall
Attorney General
55 Elm Street
4 th Floor Conference Room
Hartford, CT 06106

**Phone:**          **Fax:**

| | |
|---|---|
| **Witness:** | Acosta, Manuel |
| **Case:** | Acosta vs. Woods |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 1/26/2004 |
| **Start Time:** | 10:15 AM |
| **End Time:** | :0 |
| **Reporter:** | Wendy Allen |
| **Claim #:** | |
| **File #:** | 11614ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General-Appearance | 1 | $75.00 |
| Original and two copies | 179 | $707.05 |
| | Sub Total | $782.05 |
| | Payments | $0.00 |
| | Balance Due | $782.05 |

*[signature: Mark Kindall]*
To: Dpt. of Public Safety
attn: Dawn Hettica

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MANUEL ACOSTA,        :  | CASE NO. 3:01CV0407(AWT) |
| *Plaintiff*,          :  | |
|                       :  | |
| v.                    :  | |
|                       :  | |
| LT. WOODSON, LT. TERENZI,    : | |
| LT. HOURIGAN, LT. COL. BARRY : | |
| CAPT. WARREN, SGT. STINE     : | |
| SGT. McGUIRE                 : | |
| *Defendants*.         :  | January 31, 2007 |

**CERTIFICATION**

I, Jane B. Emons, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

Jane B. Emons
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 31st day of January, 2007.

LEONARD AUSTER
Notary Public/~~Commissioner of the Superior Court~~

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

5