```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT
-------------------------------x
                               :
MANUEL ACOSTA,                 :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:01CV00407(AWT)
                               :
LT. WOODSON, LT. TERENZI,      :
LT. HOURIGAN, LT. COL. BARRY,  :
CAPT. WARREN, SGT. STINE,      :
and SGT. MCGUIRE,              :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**NOTICE RE BILL OF COSTS**

The defendants have filed a bill of costs dated January 31, 2007. The defendants' costs include $707.05 for an original and two copies of the deposition of Manuel Acosta. Pursuant to Local Rule 54(c)(2)(ii), the cost of an original and one copy of deposition transcripts are recoverable as costs. The defendants should submit information as to the cost of the original and one copy of the deposition transcript.

It is so ordered.

Dated this 6th day of February 2007 at Hartford, Connecticut.

                                    _____/s/_____
                                      Alvin W. Thompson
                                   United States District Judge