UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANUEL ACOSTA, | : | CASE NO. 3:01CV0407(AWT) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| LT. WOODSON, LT. TERENZI, | : | |
| LT. HOURIGAN, LT. COL. BARRY | : | |
| CAPT. WARREN, SGT. STINE | : | |
| SGT. McGUIRE | : | |
| *Defendants*. | : | February 8, 2007 |

## DEFENDANT'S RESPONSE TO NOTICE REGARDING BILL OF COSTS

The defendants, pursuant to the Court's Notice Re Bill of Costs dated February 6, 2007 (Doc. # 65), respond as follows:

The cost of the original and one copy of the deposition transcript was $707.05 as submitted in its previous filing. (179 pages X $3.95 per page). The contract the Attorney General's Office has with Brandon Smith Court Reporting Service, LLC calls for an original and one copy; why two copies is noted on the invoice is unclear. There was no additional charge.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Jane.Emons@po.state.ct.us
Federal Bar # ct16515

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th of February, 2007 a copy of the aforementioned was sent by First Class United States mail, postage prepaid to:

Robert M. Berke, Esq.
135 Elm Street
Bridgeport, CT  06604
Tel.: (203) 332-6000

William Palmieri, Esq.
Law Offices of William Palmieri
205 Church Street, Suite 333
New Haven, CT  06510

Manuel Acosta
229 Flood Road
Marlborough, CT  06447

_____
Jane B. Emons
Assistant Attorney General