```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
                                :
MANUEL ACOSTA,                  :
                                :
     Plaintiff,                 :
                                :
v.                              :    Civil No. 3:01CV00407(AWT)
                                :
LT. WOODSON, LT. TERENZI,       :
LT. HOURIGAN, LT. COL. BARRY,   :
CAPT. WARREN, SGT. STINE,       :
and SGT. MCGUIRE,               :
                                :
     Defendants.                :
                                :
-------------------------------x
```

**<u>RULING ON DEFENDANTS' BILL OF COSTS</u>**

Judgment entered for the defendants on October 3, 2006, after a ruling granting the defendants' motion for summary judgment. The plaintiff, proceeding <u>pro se</u>, filed a timely notice of appeal on October 13, 2006. The United States Court of Appeals for the Second Circuit <u>sua sponte</u> ordered that the plaintiff's appeal be dismissed on January 24, 2007 because the plaintiff failed to proceed, and it issued a mandate.

Pursuant to Local Rule 54(c)(2)(ii), the cost of an original and one copy of deposition transcripts are recoverable as costs if used, <u>inter alia</u>, in support of a successful motion for summary judgment. The defendants have submitted documentation showing they incurred appropriate court reporter fees in the amount of $782.05. Accordingly, the court assesses costs in this action in the amount of $782.05.

On July 14, 2006, a $500 bond was posted by the plaintiff as security for costs in this action pursuant to Local Rule 83.3. The $500 shall be forfeited and be paid over to the State of Connecticut, Attorney General's Office, to satisfy in part the costs assessed herein.

It is so ordered.

Dated this 26th day of February 2007 at Hartford, Connecticut.

>                     /s/AWT
>                 Alvin W. Thompson
>             United States District Judge